*Revised AO 45 (WDNC-03/07)*

## NEW CRIMINAL CASE COVER SHEET       U. S. DISTRICT COURT
*(To be used for **all** new Bills of Indictments and Bills of Information)*

**CASE SEALED:**    ( ) Yes      (X ) No     **DOCKET NUMBER:** _____
*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**         : **US vs. ARKETA BANKS**

**COUNTY OF OFFENSE**    : **Mecklenburg**
**RELATED CASE INFORMATION**   :

     *Magistrate Judge Case Number*    : _____

     *Search Warrant Case Number*    : _____

     *Miscellaneous Case Number*    : _____

     *Rule 20b*    : _____

**SERVICE OF PROCESS -** _____

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ☐ Petty    ☐ Misdemeanor    X Felony

18 USC 371

**JUVENILE :**    ☐ Yes      **X No**

**ASSISTANT U. S. ATTORNEY** : MARIA K. VENTO _____

**VICTIM / WITNESS COORDINATORS :**     shirley.rutledge@usdoj.gov /ulricia.kennedy@usdoj.gov

**INTERPRETER NEEDED**    : _____
**LIST LANGUAGE AND/OR DIALECT:** _____

**REMARKS AND SPECIAL INSTRUCTIONS:**

                **Related to Michelle Mallard - 3:11cr374**