# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Arketa T. Banks<br>*Defendant* | Case No: 3:12-cr-00297-FDW |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __October 17, 2012__

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Robert T. Reives, II
*Printed name of defendant's attorney (if any)*

_____
David C. Keesler
United States Magistrate Judge