# UNITED STATES DISTRICT COURT
## Western District of North Carolina

UNITED STATES OF AMERICA

        vs.                               Crim. No. 0419 3:12CR00297

Arketa T. Banks

      On 8/8/2013, the above named was placed on Supervised Release for a period of Three (3) years.  He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that Arketa T. Banks be discharged from supervision.

Respectfully submitted,

by  s/  Valerie G. Debnam
     Valerie G. Debnam
     US Probation Officer
     200 South College St
     Suite 1650
     Charlotte, NC 28202
     704-350-6656

Approved By:
 s/ Deborah S. Fackrell
Deborah S. Fackrell
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: November 26, 2015

Frank D. Whitney
Chief United States District Judge